## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | CASE NO. 2:22-po-14 |
| | MAGISTRATE JUDGE JOLSON |
| **James Loftis,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is Dismissed.

S/Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

9/28/2022
**DATE**